# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Miguel J. Cortez
Clerk

In Replying Give Number
Of Case And Names of Parties

July 28, 1997

Carlos Juenke
Clerk, U.S. District Court
701 Clematis Street, Room 402
West Palm Beach, FL 33401

FILED by _____ D.C.
APPEAL
AUG - 8 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

RE: 96-4566   Roggio v. Barnett Bank of Florida
DC DKT NO.: 91-08084 CIV-WDF

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:

* Bill of Costs
* Original record on appeal or review, consisting of five volumes(two volumes are supplemental records)

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

MIGUEL J. CORTEZ, Clerk

Reply To: Anne Shadinger 404-331-5440

Encl.

MDT-1  (2/92)

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## BILL OF COSTS

VINCENT VICTOR ROGGIO
_____
Appellant

vs.

BARNETT BANK OF FLORIDA, et al.
_____
Appellee

**FILED**
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 21 1997
MIGUEL J. CORTEZ
CLERK

RECEIVED
U.S. COURT OF APPEALS
CLERK
MAY 21 1997
ATLANTA

Fed. R. App. P. 39 and 11th Cir. R. 39-1 (see reverse) govern costs which are taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### Instructions

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House" up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| Document | Repro. Method (Mark One) In-House Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|
| Aplt's Brief | | | | | | |
| Record Excerpts | | | | | | |
| Aple's Brief | X | 64 | 704 | 11 | $70.40 | $ 70.40 |
| Reply Brief | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL: $70.40 REQUESTED | $ 70.40 ALLOWED |

*Note: If reproduction was done commercially, receipt(s) must be attached.

I hereby swear or affirm that the costs claimed were actually and necessarily incurred or performed in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Date Signed: May 20, 1997     Signature _[signed]_ Kai E. Jacobs

Attorney for: Barnett Bank of Florida, et al.
(Type or print name of client)

## FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ 70.40 against: Plaintiff-Appellant

and are payable directly to: Defendants-Appellees

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

Issued on: 7/28/97  By: _[signed]_ Anne J. Shading
Deputy Clerk
Atlanta, Georgia

MIGUEL J. CORTEZ, CLERK
By: _[signed]_ Jacqueline K. William
Deputy Clerk

MISC-12
(2/96)

# United States Court of Appeals
## For the Eleventh Circuit



No. 96-4566
Non-Argument Calendar

D. C. Docket No. 91-8084-CIV

VINCENT VICTOR ROGGIO,

                          Plaintiff-Appellant,

versus

BARNETT BANK OF FLORIDA, INC.,
BARNETT BANK OF PALM BEACH COUNTY,
N.A., BOARD OF DIRECTORS OF BARNETT
BANK OF PALM BEACH COUNTY, JOHN M.
DUANE, JR., JOHN FLANIGAN, JOE DOE,
JANE DOE, JAMES LEBLANC,

                          Defendants-Appellees,

CLAIR G. ANDERSON,
THOMAS W. BARNES, et al.,

                          Defendants.

---

Appeal from the United States District Court
for the Southern District of Florida

---

Before EDMONDSON, COX and BIRCH, Circuit Judges.

JUDGMENT

This cause came to be heard on the transcript of the record from the United States District Court for the Southern District of Florida, and was taken under submission by the Court upon the record and briefs on file, pursuant to Eleventh Circuit Rule 34-3;

UPON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the judgment of the said District Court in this cause be and the same is hereby AFFIRMED;

It is further ordered that plaintiff-appellant pay defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Entered: May 8, 1997
For the Court: Miguel J. Cortez, Clerk

By: /s/ Matt Davidson
Deputy Clerk

ISSUED AS MANDATE: 7/28/97

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
/s/ Anne Shadinger
Deputy Clerk
Atlanta, Georgia

2

DO NOT PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY - 8 1997
MIGUEL J. CORTEZ
CLERK
```

No. 96-4566
Non-Argument Calendar

D. C. Docket No. 91-8084-CIV-WDF

VINCENT VICTOR ROGGIO,

Plaintiff-Appellant,

versus

BARNETT BANK OF FLORIDA, INC.,
BARNETT BANK OF PALM BEACH COUNTY, N.A.,
BOARD OF DIRECTORS OF BARNETT BANK
OF PALM BEACH COUNTY,
JOHN M. DUANE, JR.,
JOHN FLANIGAN,
JOE DOE,
JANE DOE,
JAMES LEBLANC,

Defendants-Appellees,

CLAIR G. ANDERSON,
THOMAS W. BARNES, et al.,

Defendants.

Appeal from the United States District Court
for the Southern District of Florida

(May 8, 1997)

Before EDMONDSON, COX and BIRCH, Circuit Judges.

PER CURIAM:

The district court concluded that all of the plaintiff's claims in this civil action are barred by the applicable statutes of limitation. We agree.

AFFIRMED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Anne Shadwell
Deputy Clerk
Atlanta, Georgia